**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6854**

---

ROGER MARTIN, JR.,

Plaintiff - Appellant,

versus

EDWARD MURRAY; 19 JOHN DOE DEFENDANTS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  John A. MacKenzie, Senior District Judge.  (CA-95-1082-2)

---

Submitted:  October 3, 1996          Decided:  October 15, 1996

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Roger Martin, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint. The district court assessed a filing fee in accordance with Local Rule 28(C) for the Eastern District of Virginia, and dismissed the case without prejudice when Appellant failed to comply with the fee order. Finding no abuse of discretion, we affirm.[*] <u>Martin v. Murray</u>, No. CA-95-1082-2 (E.D. Va. Apr. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We also deny Appellant's motions for an extension of time, a temporary restraining order, a preliminary injunction, and appointment of counsel.

2